| District | Count |
|---|---|
| Alabama - Middle | 3 |
| Alabama - Northern | 12 |
| Alabama - Southern | 6 |
| Alaska | 2 |
| Arizona | 110 |
| Arkansas - Eastern | 7 |
| Arkansas - Western | 13 |
| California - Central | 223 |
| California - Eastern | 19 |
| California - Northern | 46 |
| California - Southern | 12 |
| Colorado | 18 |
| Connecticut | 109 |
| Delaware | 110 |
| District of Columbia | 10 |
| Florida - Middle | 107 |
| Florida - Northern | 7 |
| Florida - Southern | 81 |
| Georgia - Middle | 21 |
| Georgia - Northern | 83 |
| Georgia - Southern | 7 |
| Hawaii | 14 |
| Idaho | 11 |
| Illinois - Central | 16 |
| Illinois - Northern | 83 |
| Illinois - Southern | 11 |
| Indiana - Northern | 13 |
| Indiana - Southern | 42 |
| Iowa - Southern | 4 |
| Kansas | 23 |
| Kentucky - Eastern | 23 |
| Kentucky - Western | 20 |
| Louisiana - Eastern | 15 |
| Louisiana - Middle | 8 |
| Louisiana - Western | 64 |
| Maine | 7 |
| Maryland | 63 |
| Massachusetts | 30 |
| Michigan - Eastern | 66 |
| Michigan - Western | 8 |
| Minnesota | 31 |
| Mississippi - Northern | 34 |
| Mississippi - Southern | 27 |
| Missouri - Eastern | 6 |
| Missouri - Western | 23 |
| Montana | 1 |
| Nebraska | 5 |

| District | Count |
|---|---|
| Nevada | 34 |
| New Hampshire | 3 |
| New Jersey | 85 |
| New Mexico | 17 |
| New York - Eastern | 63 |
| New York - Northern | 20 |
| New York - Southern | 124 |
| New York - Western | 19 |
| North Carolina - Eastern | 36 |
| North Carolina - Middle | 9 |
| North Carolina - Western | 8 |
| North Dakota | 2 |
| Ohio - Northern | 55 |
| Ohio - Southern | 13 |
| Oklahoma - Eastern | 17 |
| Oklahoma - Northern | 6 |
| Oklahoma - Western | 11 |
| Oregon | 36 |
| Pennsylvania - Eastern | 46 |
| Pennsylvania - Middle | 17 |
| Pennsylvania - Western | 42 |
| Puerto Rico | 86 |
| Rhode Island | 2 |
| South Carolina | 16 |
| South Dakota | 1 |
| Tennessee - Eastern | 30 |
| Tennessee - Middle | 74 |
| Tennessee - Western | 23 |
| Texas - Eastern | 40 |
| Texas - Northern | 474 |
| Texas - Southern | 188 |
| Texas - Western | 113 |
| Utah | 6 |
| Virgin Islands | 1 |
| Virginia - Eastern | 27 |
| Virginia - Western | 5 |
| Washington - Eastern | 7 |
| Washington - Western | 22 |
| West Virginia - Northern | 6 |
| West Virginia - Southern | 21 |
| Wisconsin - Eastern | 1 |
| Wisconsin - Western | 7 |
| Wyoming | 5 |
| **Total** | **3472** |