# PACER Fee Exemption Request

Ashvin Gandhi

Anderson School of Management, UCLA

(310) 206-5572

ashvin.gandhi@anderson.ucla.edu

July 15, 2020

## 1  Why the case information from PACER is needed

I am conducting scholarly research on how healthcare companies utilize Chapter 11 bankruptcy. I will use Chapter 11 bankruptcy docket reports to assess how various motions filed during bankruptcy affect patient and healthcare-employee outcomes. I will summarize my results in scholarly research papers that I will submit to academic journals. This exercise requires a large sample size to get a comprehensive picture of how healthcare companies use the corporate bankruptcy system. It is my understanding that obtaining such a sample of bankruptcy dockets is only possible through PACER.

## 2  How the case information from PACER will be used

Using the Federal Judicial Center's Integrated Database (IDB),[1] I have obtained approximately 5,000 case numbers corresponding to business Chapter 11 cases filed by healthcare companies since 2002. For each of these 5,000 cases, I hope to pull the docket report. In addition, I hope to pull the following documents:

1. For each case, I will pull the filing petition.

2. For each case that concludes with a confirmed plan, I will pull the final confirmed plan.

---

[1] See https://www.fjc.gov/research/idb.

Given the large number of cases, I will pull this information using web scraping programs. I am happy to cooperate with court employee requests in scraping this data.

Using this information, I will construct a dataset, conduct statistical analysis using the data, and present the results in scholarly papers and presentations. I will eventually submit these papers to academic journals. I will **not** sell the data for profit, transfer it or redistribute it on the internet, or use it for commercial purposes.

# 3 Why an exemption is necessary

If I pull the docket report, a filing petition, and a plan for each case, that will cost $9.00 per case (assuming the docket report and each document reaches the $3.00 limit). It could thus cost as much as $45,000 to pull this information, which I cannot afford. For this reason, I would be extremely grateful if you would consider my request for an exemption from fees. Thank you so much for considering my request.

Sincerely,
Ashvin Gandhi
Assistant Professor
UCLA Anderson